CHARLES H. COOGAN ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF MANSFIELD

The petition by the defendant Edward V. Wong for certification for appeal from the Court of Common Pleas in Tolland County is denied.

*Omar H. Shepard, Jr.,* in support of the petition.

Submitted October 19—decided November 1, 1972

JOSEPH N. PEREIRA ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WATERFORD ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New London County is denied.

*Matthew Shafner,* in support of the petition.

*James F. Brennan, Jr.,* in opposition.

Submitted October 19—decided November 1, 1972

GENNERO PIZZOLA ET AL. *v.* PLAINVILLE PLANNING AND ZONING COMMISSION ET AL.

The petition by the defendant Willis R. Zenga for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*James H. Shulman,* in support of the petition.

*David J. Harrigan,* in opposition.

Submitted October 19—decided November 1, 1972